**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Roy W. Benjamin, | ) | Case No. 5:24-cv-00137 |
|     *Plaintiff,* | ) | |
| | ) | Glenn T. Suddaby |
| v. | ) | United States District Court Judge |
| | ) | |
| Martin O'Malley, | ) | Daniel J. Stewart |
| Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
|     *Defendant.* | ) | Motion – Document Filed Electronically |

### CONSENTED-TO MOTION FOR REVERSAL AND REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

The Defendant, Martin O'Malley, Commissioner of the Social Security Administration ("Commissioner"), has determined that remand of the above-captioned matter is appropriate. Accordingly, the Commissioner respectfully moves this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with remand of the cause for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Under sentence four of 42 U.S.C. § 405(g), this Court has the power to enter, upon the pleadings and transcript of the record, "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *Id*. at 98.

Upon remand by this Court, the Appeals Council will remand this matter to an Administrative Law Judge ("ALJ"). Upon remand, the ALJ shall be instructed to offer Plaintiff the opportunity for a new hearing, and issue a new decision.

For these reasons, the Commissioner respectfully requests that this Court enter an Order and Final Judgment reversing the Commissioner's decision and remanding the case for further administrative proceedings.

      Plaintiff's counsel has authorized the undersigned to represent that Plaintiff consents to this motion.

DATED:  October 2, 2024

                                                          Respectfully submitted,

                                                          Martin O'Malley,

IT IS SO ORDERED:                                By His Attorneys

*/s/ Glenn T. Suddaby*

Glenn T. Suddaby
U.S. District Judge                                Carla B. Freedman,
                                                        United States Attorney

Dated: 10/11/2024
      Syracuse, NY                              /s/ Hugh Dun Rappaport
                                                    Hugh Dun Rappaport
                                                    Special Assistant United States Attorney
                                                    N.D.N.Y. Bar Roll No. 700992
                                                    Office of Program Litigation, Office 2
                                                    Office of the General Counsel
                                                    Social Security Administration
                                                    6401 Security Boulevard
                                                    Baltimore, MD 21235
                                                    Phone: 617-565-2380
                                                    Email: Hugh.Dun.Rappaport@ssa.gov